UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff(s),               CASE NO. 07-20393

v.

                                 HONORABLE AVERN COHN

D-4, RIMA ABBOUD,

       Defendant(s).
_____/

## ORDER DENYING SECOND MOTION TO
## AMEND CONDITIONS OF SUPERVISED RELEASE

Before the Court is defendant's Second Motion to Amend Conditions of Supervised Release. The Court being fully advised in the premises,

IT IS HEREBY ORDERED that the motion is DENIED.


Dated: July 26, 2011               s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 26, 2011, by electronic and/or ordinary mail.


                                          s/Julie Owens
                                          Case Manager
                                          (313) 234-5160